

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00098-CR

Isaac **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's "Motion to Withdraw as Counsel Due to Filing *Anders* Brief" is GRANTED.

SIGNED April 27, 2022.

_____
Lori I. Valenzuela, Justice